# PORTO RICO RAILWAY, LIGHT, & POWER COMPANY, Plff.,

### *v.*

## JOSÉ E. BENEDICTO ET AL., Composing the Public Service Commission of Porto Rico,

### and

## SALVADOR MESTRE as Attorney General of Porto Rico, Dfts.

---

San Juan, Equity, No. 1066.

INJUNCTION PENDENTE LITE.

Injunction—Technical Defense.

Equitable defenses will not be heard upon an application for injunction. The question there is merely probability of right, violation, and the balance of convenience.

Opinion filed August 31, 1920.

---

Technical defenses and defenses on the merits can better be presented on fuller pleadings than answer to rule to show cause.

Porto Rico Railway, Light, & Power  Company v. Benedicto.

The inquiry on application for injunction pendente lite is as to the probability of a right in the plaintiff, probability of its violation by the defendant on the pleadings and affidavits and the balance of convenience.  It seems to the court, therefore, that an injunction pendente lite should issue upon the plaintiff's making bond in whatever sum will cover the probable costs and damage to its customers in case of judgment adverse to plaintiff, recoverable on petitions in this case, reserving all other questions for the hearing.  Indianapolis Gas Co. v. Indianapolis, 82 Fed. 245; West India & P. Teleg. Co. v. Benedicto, 10 Porto Rico Fed. Rep. 444, as affirmed.

It is so ordered.